# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA AMALIA ALVAREZ, et al., | Case No. 1:17-cv-00996-AWI-SAB |
| Plaintiffs, | ORDER STRIKING UNSIGNED COMPLAINT |
| v. | (ECF No. 2) |
| JOHNSON & JOHNSON, et al., | DEADLINE: JULY 31, 2017 |
| Defendants. | |

On July 27, 2017, Plaintiff filed an unsigned complaint in this action. Unsigned documents cannot be considered by the Court, and the complaint is HEREBY STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b). Plaintiff shall file a signed complaint within close of business on July 31, 2017.

IT IS SO ORDERED.

Dated: **July 28, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1