# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA AMALIA ALVAREZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>Defendants. | Case No. 1:17-cv-00996-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>(ECF No. 5)<br><br>RESPONSE DUE: AUGUST 7, 2017 |

This action was filed on July 27, 2017, and on July 28, 2017, the complaint was stricken from the record for being unsigned. Plaintiff was ordered to file a signed complaint by close of business on July 31, 2017. Plaintiff has not filed a signed complaint or otherwise responded to the July 28, 2017 order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall show cause in writing on or before August 7, 2017, why this action should not be dismissed for failure to comply with the July 28, 2017 order.

IT IS SO ORDERED.

Dated: **August 2, 2017**

UNITED STATES MAGISTRATE JUDGE

1