1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA AMALIA ALVAREZ, et al., | Case No.  1:17-cv-00996-AWI-SAB |
| Plaintiffs, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| JOHNSON & JOHNSON, et al., | |
| Defendants. | (ECF No. 7) |

Plaintiffs Santa Amalia Alvarez and Antonio Alvarez Solis filed this action against Defendants Johnson & Johnson and Ethicon, Inc. on July 27, 2017.  On July 28, 2017, the complaint in this action was stricken for being unsigned.  Plaintiffs were ordered to file a signed complaint by July 31, 2017.  Plaintiffs did not file a signed complaint.  On August 2, 2017, Plaintiffs were ordered to show cause within ten days, why this action should not be dismissed for failure to comply with the July 28, 2017 order.  Plaintiffs did not respond to the order to show cause.

On August 9, 2017, the magistrate judge issued a findings and recommendations recommending dismissing this action for Plaintiffs' failure to comply with court orders.  The findings and recommendations was served on Plaintiffs and contained notice that any objections were to be filed within ten days from the date of service.  The period for filing objections has passed and no objections have been filed.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted

2    a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the

3    findings and recommendations to be supported by the record and by proper analysis.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.    The findings and recommendations, filed August 9, 2017, is ADOPTED IN

6          FULL;

7    2.    This action is DISMISSED WITHOUT PREJUDICE for Plaintiffs' failure to

8          comply with court orders; and

9    3.    The Clerk of the Court is DIRECTED to close this action.

10

11   IT IS SO ORDERED.

12   Dated:   August 25, 2017            _____

                                         SENIOR  DISTRICT  JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28