## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                            **JUDGMENT IN A CIVIL CASE**

**SANTA AMALIA ALVAREZ, ET AL.,**

                                            CASE NO: **1:17–CV–00996–AWI–SAB**

           v.

**JOHNSON &AMP; JOHNSON, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/28/2017**

                                            **Marianne Matherly**
                                            Clerk of Court

   ENTERED:  **August 28, 2017**

                                      by: /s/  C. Marrujo
                                                 Deputy Clerk